**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of J.M.H., a child

Appellate case number:   01-12-00793-CV

Trial court case number: 1167740

Trial court:             309th District Court of Harris County

It is **ORDERED** that the court reporter prepare, certify, and file with this Court, within 15 days of the date of this order and at no cost to appellant, a reporter's record of any hearing on the contest to the affidavit of indigence. *See* TEX. R. APP. P. 34.6(d); *In re Arroyo*, 988 S.W.2d 737, 738–39 (Tex. 1998).

It is so ORDERED.

Judge's signature: /s/ <u>Justice Rebeca Huddle</u>
                       ☑ Acting individually     ☐ Acting for the Court

Date: December 17, 2012